AUSA Greg Gloff

# United States District Court

**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**Western** District of **Texas**

BY: _____mc_____
DEPUTY

**UNITED STATES OF AMERICA**
v.
**Eduardo MEDINA-Salazar**

**CRIMINAL COMPLAINT**

CASE NUMBER: **W25-309M**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 17, 2025, in Freestone County, Texas, in the Western District of Texas, defendant Eduardo MEDINA-Salazar, an alien, was found in the United States in the city of Teague. MEDINA was positively identified as a citizen and national of Mexico, unlawfully present in the United States and had possession of a fraudulent Lawful Permanent Resident Card (I-551) in violation of Title 18, United States Code, Section 1546. I further state that I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

On or about November 17, 2025, defendant Eduardo MEDINA-Salazar, an alien, was found in Teague, Freestone County, Texas, within the Western District of Texas, after a routine traffic stop by local law enforcement. Members of the Waco Fugitive Operations Team were on site and took him into custody. MEDINA was placed in Limestone County Detention Center for an overnight hold. On November 18, 2025, MEDINA was transported to the Waco ICE office for processing and during inventory of his property, it was discovered he was in possession of a fraudulent Lawful Permanent Resident Card (I-551) that bared his name, date of birth, photograph, and USCIS# 095-397-432. Deportation Officer Compean confirmed that USCIS# 095-397-432 has been issued by U.S. Citizenship and Immigration Services but to a different individual, and defendant MEDINA's alien registration number is A221 293 819. Defendant MEDINA is unlawfully present in the United States and has not been issued an I-551 by USCIS.

Defendant Eduardo MEDINA-Salazar is an alien, illegally and unlawfully present in the United States, in possession of a fraudulent Lawful Permanent Resident Card in violation of Title 18, United States Code, Section 1546.

**Continued on the attached sheet and made a part hereof:**   ☐ Yes  ■ No

David Trowbridge
Deportation Officer

_____
Signature of Complainant

**Sworn to before me and subscribed in my presence**,

November 18, 2025                    at         Waco, Texas
Date                                                         City and State

Derek T. Gilliland
U.S. Magistrate Judge
_____
Name & Title of Judicial Officer            Signature of Judicial Officer